DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**BARTOLO PASCUAL-NOLASCO,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2023-2714

[April 4, 2024]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Nineteenth Judicial Circuit, Martin County; William Loy Roby, Judge; L.T. Case No. 432016CF001451A.

Bartolo Pascual-Nolasco, Wewahitchka, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

MAY, LEVINE and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***